IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ERIC HAIRSTON<br><br>    Plaintiff,<br><br>-against-<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br>A Virginia Corporation<br><br>    Defendant. | FILED<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT ARKANSAS<br>JAN 15 2015<br>JAMES W. McCORMACK, CLERK<br>By: _____ DEP CLERK<br><br>Civil Action No. 4:15cv34-SWW<br><br>**JURY TRIAL DEMANDED**<br><br>This case assigned to District Judge Wright<br>and to Magistrate Judge Deere |

## ORIGINAL COMPLAINT

Plaintiff, Eric Hairston (Hairston), by his undersigned counsel brings this action against

Portfolio Recovery Associates, LLC (Portfolio), and states:

### STATEMENT OF JURISDICTION AND VENUE

1.  Jurisdiction of this Court arises pursuant to 28 U.S.C. §1331, 15 U.S.C.

§1692k(d) and 28 U.S.C. §1367 for pendant State law claims.

2.  This action arises out of Defendant's violations of the Fair Debt Collection

Practices Act, 15 U.S.C. §1692, et seq. and violations of the Arkansas Deceptive Trade Practices

Act, Ark. Code Ann. §4-88-107(a)(10).

3.  The acts and events complained of in this Complaint occurred within Benton,

Saline County, Arkansas.

1

4. Venue is proper pursuant to 28 U.S.C. §1391(b)(2) because the events giving rise to the claims occurred here, Plaintiff resides here, and Defendant transacts business here.

## PARTIES TO THE CLAIM

5. The averments set forth in paragraphs 1-4 are adopted herein and incorporated as if set forth word for word.

6. Hairston is a resident of Benton, Saline County, Arkansas, and is a "consumer" as defined by 15 U.S.C. §1692a(3), and/or "any person" as defined by 15 U.S.C. §1692d;

7. At the time of the incident described further herein, Portfolio was a corporation duly authorized to conduct business in the State of Arkansas as a "debt collector," as that term is defined by 15 U.S.C. §1692a(6) and is registered and licensed with the Arkansas State Board of Collection Agencies, and attempting to collect a "debt," as defined in 15 U.S.C. §1692a(5).

8. Portfolio is being served via its registered agent:

> Corporation Service Company
> 300 Spring Building, Suite 900
> 300 S. Spring Street
> Little Rock, AR 72201

## FACTUAL BACKGROUND

9. The averments set forth in paragraphs 1-8 are adopted herein and incorporated as if set forth word for word.

10. Portfolio filed a lawsuit against Hairston in the District Court of Saline County, Arkansas on October 3, 2014 alleging a consumer debt.

11. The lawsuit and attached affidavit alleges Hairston defaulted on a credit card account obligation with the original creditor, GE Capital Retail Bank. A copy of that suit is attached hereto as "**Exhibit 1**" and incorporated as if set forth word for word.

2

12. Portfolio asserted it purchased and was assigned the account.

13. The Complaint filed by Portfolio, and the attached affidavit, reflect an amount due of $1,097.71.

14. Upon information and belief, the amount allegedly owed by Hairston contains charges for interest as well as fees in addition to the principal amount of the alleged obligation.

15. No account agreement is attached to the lawsuit on which Portfolio bases its claims. Because no contract is attached, the relief requested contains amounts not authorized by contract in violation of **15 U.S.C. §1692f(1).**

16. The Complaint further requests costs and for all other proper relief.

17. Because "costs and all other proper relief" are not authorized by the agreement creating the debt, the Complaint seeks to collect amounts not authorized by contract in violation of **15 U.S.C. §1692f(1).**

18. By not attaching the agreement upon which it is suing, Portfolio is making a false representation of the character, amount, or legal status of the debt in violation of **15 U.S.C. §1692e(2)(A).**

19. By not attaching the agreement upon which it is suing, Portfolio is engaging in unfair or unconscionable means in its attempt to collect the alleged debt in violation of **15 U.S.C. §1692f.**

20. Portfolio has attached no contractual authorization from the original creditor that the original creditor was authorized to assign, transfer or sell Hairston's account; therefore, Portfolio is in violation of **15 U.S.C. §1692e(5)** as Portfolio has evidenced no standing to sue Hairston and is taking action it cannot legally take.

21. Portfolio is in violation of **15 U.S.C. §1692e(10)** by making false representations and engaging in deceptive means in attempting to collect the debt by its inability to document any agreement between Hairston and any creditor.

22. At the time it commenced the action against Hairston, Portfolio possessed insufficient evidence and intended not to further investigate in violation of **15 U.S.C. §1692(e)(5)**.

23. Portfolio failed to send Hairston written notice, within five days after its initial communication, containing the information required under **15 U.S.C. §1692g(a)**.

24. Portfolio's conduct violates the FDCPA for which strict liability applies pursuant to 15 U.S.C. §1692, et seq.

25. Portfolio's conduct violates the FDCPA for which statutory damages apply pursuant to 15 U.S.C. §1692k(a)(2)(A).

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

26. The averments set forth in paragraphs 1-25 are adopted herein and incorporated as if set forth word for word.

27. Portfolio is in violation of the following sections of the Fair Debt Collection Practices Act as alleged above:

    a. 15 U.S.C. §1692e(2)(A): Making a false representation of the character, amount, or legal status of any debt;

    b. 15 U.S.C. §1692e(5): Taking action that cannot legally be taken or that is not intended to be taken;

    c. 15 U.S.C. §1692e(10): The use of any false representation or deceptive means to collect any debt;

d. 15 U.S.C. §1692f: Using unfair or unconscionable means to collect or attempt to collect any debt;

e. 15 U.S.C. §1692f(1): The collection of any amount unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

f. 15 U.S.C. §1692g(a): Failure to send written notice, within five days after Portfolio's initial communication, containing the information required by law.

## VIOLATION OF THE ARKANSAS DECEPTIVE TRADE PRACTICES ACT

28. The averments contained in paragraphs 1-27 are hereby incorporated as if set forth word for word.

29. By seeking relief in amounts not authorized by contract or otherwise, Portfolio is engaged in false and deceptive acts pursuant to Ark. Code Ann. §4-88-107(a)(10).

30. By initiating collection activities against Hairston without standing to do so, Portfolio was engaged in false and deceptive acts pursuant to Ark. Code Ann. §4-88-107(a)(10).

## DAMAGES

31. The averments set forth in paragraphs 1-30 are adopted herein and incorporated as if set forth word for word.

32. As a direct and proximate result of the occurrence made the basis of this lawsuit, Hairston is entitled to the following damages:

a. actual costs, expenses and attorney fees pursuant to 15 U.S.C §1692(k)(a)(3);

b. statutory damages in the maximum amount of: $1,000.00 pursuant to 15 U.S.C. §1692(k)(a)(2)(A);

c. actual damages pursuant to 15 U.S.C. §1692k(a)(1) for mental anguish, stress and humiliation;

d. actual damages and attorney fees pursuant to Ark. Code Ann. §4-88-113(f).

5

## DEMAND FOR JURY TRIAL

33. The averments set forth in paragraphs 1-32 are adopted herein and incorporated as if set forth word for word.

34. Hairston demands a jury trial on all issues so triable.

## PRAYER

WHEREFORE, Hairston prays that:

1. He be granted statutory damages pursuant to the 15 U.S.C. §1692k(a)(2)(A);

2. He be granted actual damages pursuant to the 15 U.S.C. §1692k(a)(1);

3. He be granted costs and attorney fees pursuant to 15 U.S.C. §1692k(a)(3).

4. He be granted actual damages and attorney fees pursuant to Ark. Code Ann. §4-88-113(f).

Respectfully submitted,

By: _____
J.R. Andrews, Esq.   ABN 92041
Attorney at Law
2014 Martha Drive
Little Rock, Arkansas 72212
Telephone: (501) 680-3634
jrandrewsatty@yahoo.com

and

By: _____
Todd Wooten, Esq.   ABN 94034
**WOOTEN LAW FIRM**
2226 Cottondale Lane, Suite 210
Little Rock, Arkansas 72202
Telephone: (501) 218-6064
todd@wootenlaw.net

Attorneys for Plaintiff

IN THE DISTRICT COURT OF SALINE COUNTY, ARKANSAS
BENTON DIVISION

PORTFOLIO RECOVERY ASSOCIATES, LLC                                     PLAINTIFF

V.                                 CASE NO. CV2014-1258

ERIC HAIRSTON                                                                 DEFENDANT

## COMPLAINT

Comes the Plaintiff and for its cause of action against the Defendant, states:

1. That the Plaintiff is a foreign limited liability company authorized to bring this action under Ark. Code Ann. § 4-32-1008.

2. That the Defendant is a resident of Saline County, Arkansas.

3. Jurisdiction and venue are proper in this Court.

4. That Defendant purchased certain items with extensions of credit obtained on his/her GE CAPITAL RETAIL BANK account. This account was purchased by, and assigned to the Plaintiff for good and valuable consideration.

5. That the amount past due on said account, which has not been paid, and has been owed for a period of time is as follows, principal amount, $1,097.71, as set out in Plaintiff's Affidavit which is attached hereto and incorporated herein by reference.

6. That demand had been made for the payment of same, yet the balance remains unpaid.

WHEREFORE, Plaintiff prays for Judgment against Defendant in the amount of $ 1,097.71, for all costs herein paid and expended, and for all other proper relief.

                                              Allen & Withrow
                                              Attorneys at Law
                                              P.O. Box 17248
                                              Little Rock, AR 72222

                                              _____
                                              Lori Withrow (98069)

S&A File No. 13-09904-0

EXHIBIT 1

# AFFIDAVIT

State of California
City of San Diego ss.

I, the undersigned, _____Maria Marin_____, Custodian of Records, for Portfolio Recovery Associates, LLC hereby depose, affirm and state as follows:

1. I am competent to testify to the matters contained herein.

2. I am an authorized employee of Portfolio Recovery Associates, LLC, ("Account Assignee") which is doing business at Riverside Commerce Center, 120 Corporate Boulevard, Norfolk, Virginia, and I am authorized to make the statements, representations and averments herein, and do so based upon a review of the business records of the Original Creditor **GE CAPITAL RETAIL BANK/WAL-MART** and those records transferred to Account Assignee from **GE CAPITAL RETAIL BANK** ("Account Seller"), which have become a part of and have integrated into Account Assignee's business records, in the ordinary course of business.

3. According to the business records, which are maintained in the ordinary course of business, the account, and all proceeds of the account are now owned by the Account Assignee, all of the Account Seller's interest in such account having been sold, assigned and transferred by the Account Seller on **5/20/2013**. Further, the Account Assignee has been assigned all of the Account Seller's power and authority to do and perform all acts necessary for the settlement, satisfaction, compromise, collection or adjustment of said account, and the Account Seller has retained no further interest in said account or the proceeds thereof, for any purpose whatsoever.

4. According to the records transferred to the Account Assignee from Account Seller, and maintained in the ordinary course of business by the Account Assignee, there was due and payable from **ERIC HAIRSTON** ("Debtor and Co-Debtor") to the Account Seller the sum of **$1,097.71** with the respect to account number **ending in ▓▓▓** is of the date of **7/2/2012** with there being no known un-credited payments, counterclaims or offsets against the said debt as of the date of the sale.

5. According to the account records of said Account Assignee, after all known payments, counterclaims, and/or setoffs occurring subsequent to the date of sale, Account Assignee claims the sum of **$1,097.71** as due and owing as of the date of this affidavit.

6. Plaintiff believes that the defendant is not a minor or an incompetent individual, and declares that the Defendant is not on active military service of the United States.

Portfolio Recovery Associates, LLC

By: _____Maria Marin_____, Custodian of Records

[Notary Stamp: PHILIP SENECA, #1989109, NOTARY, CALIFORNIA, SAN DIEGO COUNTY, Commission Expires Aug 25, 2016]

Subscribed and sworn to before me on _____ of _____,
by _____Maria Marin_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public



This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

13.9904