# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

| | |
|---|---|
| ERIC HAIRSTON<br><br>    Plaintiff,<br><br> -against-<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br>A Virgiania Corporation<br><br>    Defendant. | Civil Action No. 4:15-cv-00034 SWW<br><br>NOTICE OF SETTLEMENT |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers.  Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation / Notice of Dismissal herein.

Dated: March 24, 2015

                Respectfully submitted,

            By:/s/ ToddWooten_____
                Todd Wooten, Esq.   ABN 94034
                **WOOTEN LAW FIRM**
                2226 Cottondale Lane, Suite 210
                Little Rock, Arkansas 722202
                Telephone: (501) 218-6064
                todd@wootenlaw.net

                and

          By:/s/ J.R. Andrews_____
           J.R. Andrews, Esq.  ABN 92041
           Attorney at Law
           2014 Martha Drive
           Little Rock, Arkansas 72212
           Telephone: (501) 680-3634
           jrandrewsatty@yahoo.com

          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on this 24th day of March, 2015, a true and accurate copy of the foregoing instrument was filed with the Court's electronic filing system which sent notice of the filing to:

Jason C. Smith, Esq.
**Spencer Fane Britt & Browne LLP**
3259 E. Ridgeview Street
Springfield, Missouri  65804
Telephone: 417-888-1000
Facsimile: 417-881-8035
E-Mail: jcsmith@spencerfane.com

          _/s/ Todd Wooten_____