IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC HAIRSTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:15CV00034 SWW |
| | * | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | * | |
| | * | |
| Defendant. | * | |

## Order of Dismissal

Before the Court is plaintiff's motion to dismiss with prejudice. Pursuant to Fed.R.Civ.P.41(a)(2), the Court finds the motion [ECF No. 12] should be and is hereby granted. Plaintiff's complaint is dismissed with prejudice. Each side will bear its own costs.

DATED this 23rd day of April, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE